# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL S. GASS, <br>      Plaintiff, <br> v. <br> <br> CHUBB GROUP OF INSURANCE COMPANIES, <br> and SAMPSON INSURANCE AGENCY <br>      Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 03-12597 DPW <br> ) <br> ) <br> ) |

## REMOVING DEFENDANT'S REQUEST FOR REMAND TO STATE COURT

Defendant Federal Insurance Company ("Federal Insurance" misnamed in the complaint "Chubb Group of Insurance Companies" which is a trade name and not an entity capable of being sued) hereby requests remand of this matter to Essex County Superior Court. As grounds for remand, the defendant states the following:

1. On December 19, 2003, plaintiff Paul S. Gass filed an amended complaint in Essex County Superior Court.

2. On December 23, 2003, **before** receipt of the plaintiff's amended complaint, Federal Insurance filed a notice of removal to federal court.

3. The plaintiff's amended complaint added two new defendants: Andersen Window Corporation and Brocks Plywood Sales, Inc.

4. All defendants must assent to removal to support diversity jurisdiction. 28 U.S.C. § 1441(a).

5. Defendant Andersen Window Corporation will not assent to removal to federal court.

6. Accordingly, Federal Insurance requests immediate remand of this action to Essex County Superior Court.

BOST1-816827-1

For the foregoing reasons, Federal Insurance respectfully requests remand of this action to Essex County Superior Court.

                              **FEDERAL INSURANCE COMPANY misnamed in the Complaint Chubb Group of Insurance Companies**

                              By its attorneys,

                              John E. Tener, Esq., BBO#563791
                              John E. O'Brien, Jr., Esq., BBO#640982
                              ROBINSON & COLE LLP
                              One Boston Place, 25th Floor
                              Boston, MA 02108-4404
                              Tel (617) 557-5900

DATED: January 13, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2003, I served a copy of the foregoing *Removing Defendant's Request For Remand To State Court* on the interested parties to this action by mailing a copy of same, postage prepaid, to:

Stuart I. Rosnick
15 Front Street
Salem, MA 01970
*Counsel for Paul S. Gass*

John E. O'Brien, Jr.

2