UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PAUL S. GASS,
   Plaintiff,

vs.

CIVIL ACTION
No. 03-12597 DPW

FEDERAL INSURANCE COMPANY,
part of CHUBB GROUP OF
INSURANCE COMPANIES, ET AL,
   Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS
### BY THE DEFENDANT, SAMPSON INSURANCE AGENCY, INC.,
Fed. R. Civ. P. 12(b)(6)

The defendant, Sampson Insurance Agency, Inc. ("Sampson"), in the above-captioned matter, hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss all claims against it which are set forth in the the plaintiff's Amended Complaint.

In support of this Motion, Sampson attaches and incorporates herein, pursuant to LR 7.1 (B), its Memorandum of Reasons why this Motion should be granted.

### Request for Oral Argument

Pursuant to L.R. 7.1(D), Sampson believes a hearing would assist the court and desires to be heard on this motion.

                            SAMPSON INSURANCE AGENCY, INC.
                            By its attorney,

                            */s/ William D. Chapman*
                            William D. Chapman, BBO #551261
                            MELICK, PORTER & SHEA, LLP
                            28 State Street
Date: Jan. 27, 2004           Boston, MA 02109-1775
                            (617) 523-6200


## CERTIFICATE OF SERVICE

I, William D. Chapman, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

                Stuart I. Rosnick, Esquire
                15 Front Street
                Salem, MA 01970

                John E. O'Brien, Jr., Esquire
                ROBINSON & COLE, LLP
                One Boston Place
                Boston, MA 02108


                            */s/ William D. Chapman*
Date: Jan. 27, 2004           William D. Chapman

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand.

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
Brian J. Cann *(CA)
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

January 27, 2004

Office of the Civil Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Paul S. Gass v. Sampson Insurance Agency, Inc., et al.*
Civil Action No.: 03-12597 DPW

Dear Sir or Madam:

Pursuant to the above-referenced matter, enclosed for filing please find:

1. Defendant, Sampson Insurance Agency, Inc.'s, Motion to Dismiss the Plaintiff's Complaint; and

2. Memorandum in Support of Defendant, Sampson Insurance Agency, Inc.'s, Motion to Dismiss the Plaintiff's Complaint.

Thank you for your attention to this matter.

Very truly yours,

William D. Chapman

WDC/rtm
Enclosures
cc: Stuart I. Rosnick, Esq.
John E. O'Brien, Jr., Esq.