# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL S. GASS, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>FEDERAL INSURANCE COMPANY, part of the )<br>CHUBB GROUP OF INSURANCE COMPANIES, )<br>SAMPSON INSURANCE AGENCY, 　　　　　　)<br>ANDERSEN WINDOW CORPORATION, AND )<br>BROCKWAY SALES PLYWOOD, 　　　　　　　)<br>　　　Defendants 　　　　　　　　　　　　　) | Civil Action No. 03-12597-DPW |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Kindly enter the appearance of Mark S. Granger and Anthony S. Augeri as attorneys for the defendant Anderson Window Corporation in the above entitled action.

Thank you for your assistance in this matter.

　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　ANDERSON WINDOWS CORPORATION

　　　　　　　　　　　　By its attorneys,
　　　　　　　　　　　　**Morrison, Mahoney & Miller, LLP**

　　　　　　　　　　　　_____
　　　　　　　　　　　　Mark S. Granger, BBO # 206920
　　　　　　　　　　　　Anthony S. Augeri, BBO # 648696
　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　(617) 439-7500

Dated:   February 6, 2004

1067488v1

## CERTIFICATE OF SERVICE

I, Anthony S. Augeri, attorney for the Defendant, Andersen Corporation, hereby certify that I have served the foregoing document, by first class mail, postage pre-paid, upon the following attorneys of record or unrepresented parties this 6th day of February, 2004:

Stuart I. Rosnick, Esq.
15 Front Street
Salem, MA 01970

John E. Tener, Esq.
John E. O'Brien, Esq.
Robinson & Cole, LLP
One Boston Place, 25th floor
Boston, MA 02108-4404

Sampson Insurance Agency
97 Libbey Industrial Parkway, Suite 110
Weymouth, MA 02188

Brock's Plywood Sales
298 North Main Street
Rochester, NH 03867

Anthony S. Augeri, Esq.

DATE: February 6, 2004

1067488v1