UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL S. GASS,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, part of the<br>CHUBB GROUP OF INSURANCE COMPANIES,<br>SAMPSON INSURANCE AGENCY,<br>ANDERSEN WINDOW CORPORATION, AND<br>BROCKWAY SALES PLYWOOD,<br>    Defendants | Civil Action No. 03-12597-DPW |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Kindly enter the appearance of Mark S. Granger and Anthony S. Augeri as attorneys for the defendant Andersen Window Corporation in the above entitled action.

Thank you for your assistance in this matter.

                Respectfully submitted,
                ANDERSEN WINDOWS CORPORATION

                By its attorneys,
                **Morrison, Mahoney & Miller, LLP**

                Mark S. Granger, BBO # 206920
                Anthony S. Augeri, BBO # 648696
                250 Summer Street
                Boston, MA 02210
                (617) 439-7500

Dated: February 6, 2004

1067488v1

## CERTIFICATE OF SERVICE

I, Anthony S. Augeri, attorney for the Defendant, Andersen Corporation, hereby certify that I have served the foregoing document, by first class mail, postage pre-paid, upon the following attorneys of record or unrepresented parties this 6th day of February, 2004:

Stuart I. Rosnick, Esq.
15 Front Street
Salem, MA  01970

John E. Tener, Esq.
John E. O'Brien, Esq.
Robinson & Cole, LLP
One Boston Place, 25th floor
Boston, MA  02108-4404

William D. Chapman
Melick, Porter, & Shea, LLP
22nd Floor
28 State Street
Boston, MA 02109-1775

Brock's Plywood Sales
298 North Main Street
Rochester, NH  03867

Anthony S. Augeri, Esq.

DATE:  February 6, 2004

1067488v1