UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL S. GASS, )
        Plaintiff, )
v. )
) CIVIL ACTION NO. 03-12597
CHUBB GROUP OF INSURANCE COMPANIES, )
and SAMPSON INSURANCE AGENCY )
        Defendants. )

### NOTICE OF ASSENT OF ALL PARTIES TO
### CHUBB GROUP'S MOTION TO REMAND

For the reasons set forth in docket #3, all the parties to this matter hereby notify the court of their assent to Federal Insurance Company ("Federal Insurance" misnamed in the complaint "Chubb Group of Insurance Companies" which is a trade name and not an entity capable of being sued) motion for remand of this matter to Essex County Superior Court. Accordingly, the parties request immediate remand of this matter so that proceedings can begin in state court.

        **FEDERAL INSURANCE COMPANY misnamed in the Complaint Chubb Group of Insurance Companies**

        By its attorneys,

        _____
        John E. Tener, Esq., BBO#563791
        John E. O'Brien, Jr., Esq., BBO#640982
        **ROBINSON & COLE LLP**
        One Boston Place, 25th Floor
        Boston, MA 02108-4404
        Tel (617) 557-5900

ASSENTED TO:

| | |
|---|---|
| BROCKS PLYWOOD SALES,<br>By its attorney,<br><br>*/s/ William F. Ahern*<br>William F. Ahern, Jr., BBO#013365<br>Clark, Hunt & Embry<br>55 Cambridge Parkway<br>Cambridge, MA 02142 | SAMPSON INSURANCE AGENCY,<br>By its attorney,<br><br>*/s/ William D. Chapman*<br>William D. Chapman, BBO#551261<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA 02109-1775 |
| PAUL S. GASS,<br>By his attorney,<br><br>*/s/ Stuart I. Rosnick*<br>Stuart I. Rosnick, BBO#429620<br>15 Front Street<br>Salem, MA 01970 | ANDERSON WINDOW CORPORATION,<br>By its attorney,<br><br>*/s/ Anthony Augeri*<br>Anthony Augeri, BBO#648696<br>Morrison, Mahoney & Miller LLP<br>250 Summer Street<br>Boston, MA 02210-1181 |

DATED: February 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2004, I served a copy of the foregoing ***Notice of Assent of All Parties to Chubb Group's Motion to Remand*** on the interested parties to this action by mailing a copy of same, postage prepaid, to:

Stuart I. Rosnick
15 Front Street
Salem, MA 01970
*Counsel for Paul S. Gass*

William D. Chapman
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775

William F. Ahern, Jr.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

Anthony Augeri
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA 02210-1181

/s/ John E. O'Brien, Jr.

2