UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL S. GASS,
    Plaintiff

v.

CIVIL ACTION NO. 03-12597-DPW

CHUBB GROUP OF INSURANCE COMPANIES, ET AL.,
   Defendants

## ORDER FOR REMAND TO ESSEX SUPERIOR COURT

WOODLOCK, District Judge

In accordance with the Court's allowance of the Assented-To Motion for Remand, it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Superior Court of the Commonwealth of Massachusetts, Essex County, for further proceedings.

It is further ORDERED that this case shall be terminated from the docket as a pending case, and all pending motions in this action shall be terminated as moot in view of the Remand. This is without prejudice to any party seeking to renew a motion in the Superior Court.

The Scheduling Conference previously set for March 11, 2004 is CANCELLED in view of remand.

                                        BY THE COURT,

                                        /s/ Rebecca Greenberg
                                        Deputy Clerk

DATED: March 4, 2004